FILED 13 DEC '22 16:49 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-436-IM |
| v. | INDICTMENT |
| JUAN PEREZ-MEZA<br>aka Jose Cruz Velazquez-Munoz,<br><br>Defendant. | 8 U.S.C. § 1326 |

THE GRAND JURY CHARGES:

COUNT 1
(Illegal Reentry)
(8 U.S.C. § 1326)

On or about July 18, 2022, in the District of Oregon, defendant **JUAN PEREZ-MEZA, aka Jose Cruz Velazquez-Munoz**, an alien and citizen of Mexico, was found in the United States, having previously been denied admission, excluded, deported, and removed from the United States as an alien on December 5, 2013, defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States,

///

///

**Indictment** Page 1

or his successor, the Secretary for Homeland Security, to his reapplying for admission to the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326(a).

Dated: December 13th 2022.                    A TRUE BILL.

███████████████████████████
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Thomas S. Ratcliffe*

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney